IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS INC, | |
|     Plaintiff, | No. C 12-04361 JSW |
|   v. | **ORDER TO SHOW CAUSE** |
| ESQUIVEL SANTANA, | |
|     Defendant. | |

This matter was scheduled for the initial case management conference on January 11, 2013. Pursuant to the Order setting the case management conference, issued on August 27, 2012, the parties are required to appear "in person through lead counsel...." (Docket No. 7.) According to the docket in this case, lead counsel is David Davoli, Esq. Mr. Davoli did not appear on January 11, 2013, and did not file a request to be excused from appearing.

Accordingly, Mr. Davoli is HEREBY ORDERED TO SHOW CAUSE in writing by no later than January 22, 2013, why: (1) this case should not be dismissed with prejudice for failure to prosecute; and (2) why monetary sanctions in the amount of $1,000.00 should not be imposed for his failure to comply with the Court's Order setting the case management conference.

It is FURTHER ORDERED that Mr. Davoli's response to this Order to Show Cause must demonstrate that has provided Plaintiff's General Counsel or Chief Executive Officer of

//

//

//

1  this Order to Show Cause as well as Mr. Davoli's response thereto.

2  **IT IS SO ORDERED.**

3  Dated: January 14, 2013

4  JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE