IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS INC,

    Plaintiff,      No. C 12-04361 JSW

  v.      **ORDER IMPOSING SANCTIONS**

ESQUIVEL SANTANA,

    Defendant.

_____/

This matter was scheduled for the initial case management conference on January 11, 2013. Pursuant to the Order setting the case management conference, issued on August 27, 2012, the parties are required to appear "in person through lead counsel...." (Docket No. 7.) According to the docket in this case, lead counsel is David Davoli, Esq. Mr. Davoli did not appear on January 11, 2013, and did not file a request to be excused from appearing.

Accordingly, on January 14, 2013, the Court Ordered Mr. Davoli to show cause why: (1) this case should not be dismissed with prejudice for failure to prosecute; and (2) why monetary sanctions in the amount of $1,000.00 should not be imposed for his failure to comply with the Court's Order setting the case management conference.

The Court has considered Mr. Davoli's timely response to the Order to Show Cause, Defendants' reply thereto, and the transcript of the case management conference. The Court shall not dismiss this case for failure to prosecute. However, it does find that monetary sanctions are warranted, although in an amount less than $1,000.00.

Accordingly, Mr. Davoli - and not his client - is HEREBY ORDERED to pay $250.00 to the Clerk of the Court by no later than February 8, 2013.

**IT IS SO ORDERED.**

Dated: January 29, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Finance Office