UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------x

JOE HAND PROMOTIONS, INC.,
    Plaintiff,

vs.

ESQUIVEL SANTANA & VERONICA SANTANA, Individually, and as officers, directors, shareholder, and/or principal of
SANTANA ESG, INC. d/b/a MIS ANTOJITOS

and

SANTANA ESG, INC. d/b/a MIS ANTOJITOS
    Defendants.

------------------------------------------------x

Case No.: C12-04361 JSW

**STIPULATION FOR THE SUBSTITUTION OF COUNSEL AND ORDER THEREON**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that the Davoli Law Firm, shall hereby withdraw as counsel for Plaintiff Joe Hand Promotions, Inc. in this action, and in its place and stead shall be Martin Zurada, Esq. of the Zurada Law Group

Dated: January 21, 2013

ZURADA LAW GROUP

By: _____

Martin Zurada, Esq.
785 Market Street, 15TH FL
San Francisco, CA 94103
Tel: (415) 637-8483
Fax: 925-937-3905
Email: M.Zurada@sflawyer360.com

JOE HAND PROMOTIONS

By: _____
Joe Hand, Jr., President

DAVOLI LAW FIRM

By: _____

David J. Davoli, Esq.
45 West 25th Street, 5th Floor
New York, NY 10001
Tel: 212.929.1649
Fax: 212.453.9024
E-mail: david@davolilaw.com

SO ORDERED:

_____
Hon. Jeffrey S. White
January 29, 2013

- i -

STIPULATION FOR THE SUBSTITUTION OF COUNSEL