United States District Court
Northern District of California

1
2
3
4        UNITED STATES DISTRICT COURT
5        NORTHERN DISTRICT OF CALIFORNIA
6
7  JOE HAND PROMOTIONS, INC.,              Case No.  12-cv-04361-WHO
              Plaintiff,
8
        v.                                 ORDER EXTENDING MEDIATION
9                                          DEADLINE
   ESQUIVEL SANTANA, et al.,
10
              Defendants.
11
12
13        Having been advised that the parties will be unable to complete mediation by the

14  presumptive deadline as previously stipulated and finding that good cause exists for granting of

15  additional time to complete mediation, the Court grants the parties an extension of time of 60 days

16  and directs that mediation shall be completed by October 28, 2013.

17        **IT IS SO ORDERED.**

18  Dated: August 5, 2013

19
20                                    WILLIAM H. ORRICK
                                      United States District Judge
21
22
23
24
25
26
27
28