Martin Zurada (SBN# 218235)
Venardi Zurada LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiff,
JOE HAND PROMOTIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ESQUIVEL SANTANA & VERONICA SANTANA, and JOSE JUAN GUZMAN, Individually, and as officers, directors, shareholder, and/or principal of SANTANA ESG, INC. d/b/a MIS ANTOJITOS, and SANTANA ESG, INC. d/b/a MIS ANTOJITOS, <br><br> Defendants. | CASE NO.: 3:12-CV-04361 <br><br> JOINT STIPULATION AND ORDER OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate that Plaintiff JOE HAND PROMOTIONS, INC. dismisses with prejudice its lawsuit against ESQUIVEL SANTANA, VERONICA SANTANA, JOSE JUAN GUZMAN, AND SANTANA ESG, INC. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation, and attorneys' fees.

This 2nd day of October, 2013.

JOINT STIPULATION AND ORDER OF DISMISSAL   Case No. 3:12-CV-04361

| | |
|---|---|
| /s/ Martin Zurada | /s/Matthew Allen Pare |
| Martin Zurada, Esquire | Matthew Allen Pare, Esquire |
| Venardi Zurada LLP | Law Office of Matthew Pare |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED on this  7th  day of October, 2013

_____

Hon. William H. Orrick

United States District Judge

JOINT STIPULATION AND ORDER OF DISMISSAL         Case No. 3:12-CV-04361